IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00420-RBJ-MJW

KATHLEEN RUSSELL,

Plaintiff,

v.

FENTON & MCGARVEY LAW FIRM, P.S.C.,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Re-Set Scheduling Conference and to Attend Scheduling Conference by Telephone (Docket No. 10) is GRANTED. The Scheduling Conference set for May 5, 2016 at 9:30 a.m. is VACATED. The Scheduling Conference is RESET for May 23, 2016 at 10:00 a.m. All associated deadlines are extended accordingly.

Date: April 28, 2016